| | |
|---|---|
| 1 | JODI LINKER, Bar Number 230273 |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | TAYLOR FATHERREE, Bar Number 358709<br>Assistant Federal Public Defender |
| 4 | 19th Floor Federal Building - Box 36106<br>450 Golden Gate Avenue |
| 5 | San Francisco, CA 94102<br>Telephone:  (415) 436-7700 |
| 6 | Facsimile:   (415) 436-7706<br>Email:        Taylor_Fatherree@fd.org |
| 7 | |
| 8 | Counsel for Kristopher JAMES |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTOPHER JAMES<br><br>Defendant. | Case No.: 25–161 PHK<br><br>**STIPULATION AND ORDER TO CONTINUE** |

The above-titled matter is currently scheduled for a status hearing on September 9, 2025, at 1:30 PM. The parties continue to discuss potential resolution and the defense continues to review discovery with Mr. James. The parties therefore stipulate that the presently scheduled status hearing shall be continued to October 28, 2025, at 1:30 PM.

] STIPULATED ORDER
*JAMES*, CR 25–161 PHK

1     IT IS SO STIPULATED.

2

3   September 8, 2025            CRAIG H. MISSAKIAN
    Dated                      United States Attorney
4                                   Northern District of California

5                                         /S
                                  ROLAND CHANG
6                                   Assistant United States Attorney

7

8   September 8, 2025            JODI LINKER
    Dated                      Federal Public Defender
9                                   Northern District of California

10                                     /S
                                  TAYLOR FATHERREE
11                                   Attorney for Darrious York

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

For the reasons stated above, the Court CONTINUES this case to October 28, 2025, at 1:30 PM for a status hearing.

IT IS SO ORDERED.

DATED: September 9, 2025

PETER H. KANG
United States Magistrate Judge