1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  ROLAND CHANG (CABN 271511)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7108
7       Fax: (415) 436-7027
        Roland.Chang@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,              ) Case No. 25-CR-00161-PHK
                                            )
14 |         Plaintiff,                     ) **STIPULATION CONTINUING DECEMBER 1,**
                                            ) **2025 CHANGE-OF-PLEA HEARING TO**
15 |     v.                                 ) **DECEMBER 29, 2025 AND [**~~PROPOSED~~**]**
                                            ) **ORDER**
16 | KRISTOPHER WILLIS JAMES,               )
                                            ) Hearing Date:  December 29, 2025
17 |         Defendant.                     ) Hearing Time: 11:00 a.m.
                                            ) Courtroom F, 15th Floor
18                                          )
                                            ) Hon. Peter H. Kang
19 |_____)

20

21     This case is currently set for a change-of-plea hearing on December 1, 2025 at 1:30 p.m.  The

22 parties have agreed to terms for a plea agreement in principle.  However, they need additional time to

23 finalize that agreement, and for defense counsel to review the agreement with the defendant.  The parties

24 therefore stipulate that the presently scheduled change-of-plea hearing shall be continued to December

25 29, 2025 at 11:00 a.m.

26 //

27 //

28

STIPULATION TO CONTINUE COP AND [PROPOSED] ORDER
25-CR-00161-PHK
                                            1

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED: November 26, 2025                   Respectfully submitted,

                                           CRAIG H. MISSAKIAN
                                           United States Attorney

                                           */s/ Roland Chang*
                                           ROLAND CHANG
                                           Assistant United States Attorney


DATED: November 26, 2025                   JODI LINKER
                                           Federal Public Defender
                                           Northern District of California

                                           */s/ Taylor Fatherree*
                                           TAYLOR FATHERREE
                                           Attorney for Kristopher Willis James

STIPULATION TO CONTINUE COP AND [PROPOSED] ORDER
25-CR-00161-PHK

2

## [~~PROPOSED~~] ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the change-of-plea hearing set in this case from December 1, 2025 at 1:30 p.m. to December 29, 2025 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: 11/30/2025

HON. PETER H. KANG
United States Magistrate Judge